### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JASMINE BRETTO and NAOMI KOPINSKY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-02317-DDC-ADM<br><br><br>**DEMAND FOR JURY TRIAL** |

### DESIGNATION OF PLACE OF TRIAL

COMES NOW Plaintiffs Jasmine Bretto and Naomi Kopinsky, by and through the undersigned counsel, pursuant to D. Kan. Rule 40.2, hereby requests that this matter be tried in Kansas City, Kansas.

Dated: July 20, 2023                             Respectfully submitted,

   */s/ Paul D. Sinclair*
Paul D. Sinclair (KS Bar No. 22799)
COWING & MENDELSON, P.C.
3300 N.E. Ralph Powell Road
Lee's Summit, MO 64064
Tel.: (816) 373-8881
paulsinclair219@gmail.com

Sherrie R. Savett*
Lane L. Vines*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
ssavett@bm.net
lvines@bm.net

Sophia M. Rios*
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel.: (619) 489-0300
srios@bm.net

* *Pro hac vice* motion to be filed

*Attorneys for Plaintiffs
and the proposed Class*

2