IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JASMINE BRETTO and NAOMI KOPINSKY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-02317-DDC-ADM |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Sherrie R. Savett

2. I practice under the following firm name or letterhead:

> Name: Berger Montague PC
> Address: 1818 Market Street, Suite 3600
> Philadelphia, PA 19103
> Telephone Number: (215) 875-3000
> Fax: (215) 875-4604
> Email address: ssavett@bm.net

3.  I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of PA | 10/04/1973 | 17646 |
| US District Court, Eastern District of PA | 11/15/1973 | |
| U.S. Supreme Court | 04/14/1997 | |
| US District Court, Central District of Illinois | 05/29/1996 | |
| US District Court, Eastern District of Michigan | 12/15/2000 | |
| 1st Circuit Ct. of Appeals | 11/19/2004 | |
| 2nd Circuit Ct. of Appeals | 04/13/2001 | |
| 3rd Circuit Ct. of Appeals | 09/16/1974 | |
| 4th Circuit Ct. of Appeals | 110/7/1994 | |
| 6th Circuit Ct. of Appeals | 11/04/1997 | |
| 7th Circuit Ct. of Appeals | 11/22/1999 | |
| 8th Circuit Ct. of Appeals | 08/02/1983 | |
| 9th Circuit Ct. of Appeals | 07/15/1988 | |
| 10th Circuit Ct. of Appeals | 11/13/1995 | |

4.  I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.  I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.  I am in good standing in all bars of which I am a member.

7.  No disciplinary or grievance proceedings have been previously filed against me.

8.  No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.  I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

2

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

*Sherrie R. Savett*
Sherrie R. Savett

Sworn to and subscribed before me
this 20th day of July, 2023.

*Ritamarie Daley*
A Notary Public
of the State of Pennsylvania

My Commission expires: Nov 4, 2025

Commonwealth of Pennsylvania – Notary Seal
RITAMARIE DALEY, Notary Public
Philadelphia County
My Commission Expires November 4, 2025
Commission Number 1275625