IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JASMINE BRETTO and NAOMI KOPINSKY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-02317-DDC-ADM |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I move that Sophia M. Rios be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

2

Dated this 24th day of August 2023.  Respectfully submitted,

*/s/ Paul D. Sinclair*
Paul D. Sinclair (KS Bar No. 22799)
COWING & MENDELSON, P.C.
3300 N.E. Ralph Powell Road
Lee's Summit, MO 64064
Tel.: 816-373-8881
paulsinclair219@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that, on August 24, 2023 a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system.

*/s/ Paul D. Sinclair*
Paul D. Sinclair
