IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JASMINE BRETTO and NAOMI KOPINSKY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-02317-DDC-ADM |

**<u>AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*</u>**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Sophia M. Rios

2. I practice under the following firm name or letterhead:

> Name: Berger Montague PC
> Address: 401 B Street, Suite 2000
>       San Diego, CA 92101
> Telephone Number: (858) 252-6649
> Fax: (215) 875-4604
> Email address: srios@bm.net

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of California | 11/30/2015 | 305801 |
| Southern District of California | 01/04/2017 | |
| Central District of California | 01/03/2017 | |
| Northern District of California | 02/07/2020 | |
| Eastern District of California | 11/08/2021 | |
| 4th Circuit Ct. of Appeals | 10/20/2022 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

                                                     _____
                                                     Sophia M. Rios

State of California   )
                           )
County of San Diego  )

Sworn to and subscribed before me

this 24th day of August, 2023.

_____
A Notary Public

My Commission expires: Mar. 14, 2025


JULIE M. GIONNETTE
COMM. # 2346988
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. MAR. 14, 2025