# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

JASMINE BRETTO and NAOMI
KOPINSKY, individually and on
behalf of those similarly situated,

        Plaintiffs,

v.                                              Case No. 23-2317-DDC-ADM

AMC ENTERTAINMENT HOLDINGS,
INC.,

        Defendant.

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiffs shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 46) filed on July 29, 2025.**

     07/29/2025                                                        SKYLER B. O'HARA
           Date                                                       CLERK OF THE DISTRICT COURT

                                                                       by:   s/ Megan Garrett
                                                                                 Deputy Clerk